

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2021

No. 04-21-00411-CR

**IN RE** Lawrence **BURLESON**, Relator

Original Proceeding[1]

### ORDER

On September 27, 2021, relator filed a pro se petition for writ of mandamus. Because relator is represented by counsel in his underlying criminal cases, he is not entitled to hybrid representation. Therefore, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator's request for leave to file his petition is denied as moot.

It is so **ORDERED** on October 6, 2021.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2019CR12076, 2019CR12077, and 2019CR11800, styled *The State of Texas v. Lawrence Burleson*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.